| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 8:03-CR-104-T-27TGW |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 05-cr-10244 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Douglas Brian Lancette | Middle District of Florida | District of Massachusetts |
| | NAME OF SENTENCING JUDGE | |
| | The James D. Whittemore | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/16/03 — TO 10/15/06 |

OFFENSE
False Statement to the Social Security Administration

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the __District of Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/4/05
Date

*[signature]*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 5, 2005
Effective Date

*[signature]* William G. Young
United States District Judge