Prob 12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Douglas B. Lancette                                      **Case Number:** 05-10244-01

**Name of Sentencing Judicial Officer:** To the Honorable Judge Assigned

**Date of Original Sentence:** 8/15/03

**Original Offense:** False Statements to Social Security Administration, in violation of 18 U.S.C. § 1001

**Original Sentence:** 3 months' custody, 3 years' supervised release

**Type of Supervision:** Supervised Release                    **Date Supervision Commenced:** 10/16/03

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years
[X]  To modify the conditions of supervision as follows:

The defendant shall complete the Triangle Program in Boston, MA, and comply with all rules and regulations said program.

The defendant shall reside at the Coolidge House Community Confinement Center (CCC) for a period of up to six (6) months, unless an alternative residential placement is secured which is deemed appropriate by the U.S. Probation Office. The defendant shall comply with all rules and regulations of that program.

## CAUSE

The defendant has been attempting to obtain appropriate housing for some time, after living at numerous addresses over the past eight months. He has struggled in this endeavor, due to a variety of issues. As a result, Mr. Lancette has been unstable residentially, socially, and mentally. The Probation Office believes that placement at the Coolidge House for a period of up to six (6) months will enable Mr. Lancette to participate and complete the Triangle Program, a community support program for homosexual males, while having a stable residence in which he can begin to seek appropriate employment and future housing. Mr. Lancette has agreed to this modification and has signed the attached Probation Form 49 - Waiver of a Hearing to Modify Conditions of Supervised Release.

Reviewed/Approved by:                                      Respectfully submitted,

_____                                 By _____
Jonathan E. Hurtig                                        Joseph F. LaFratta
Supervising U.S. Probation Officer                        Senior U.S. Probation Officer
                                                          Date: 1/20/06

**THE COURT ORDERS**
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

1/24/06
Date

2

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To add the following special conditions of supervised release:

1. The defendant shall complete the Triangle Program in Boston, MA, and comply with all rules and regulations of said program;

2. The defendant shall reside at the Coolidge House Community Confinement Center (CCC), for a period of up to six (6) months, unless an alternative residential placement is secured which is deemed appropriate by the U.S. Probation Office. The defendant shall comply will all rules and regulations of that program.

Witness: _____        Signed: _____
Joseph LaFratta                                       Douglas Lancette
Sr. U.S. Probation Officer                            Supervised Releasee

_____
Andrew J. Laudate
Sr. U.S. Probation Officer

1/18/06
January 18, 2006